FILED by \_\_\_JA\_\_\_ D.C.

Feb 16, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20087-CR-UNGARO/REID**

CASE NO. _____

18 U.S.C. § 1343
**18 U.S.C. § 981(a)(1)(C)**

**UNITED STATES OF AMERICA**

vs.

**DIANELIS MOLINA NODA,**

       **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Company 1 was a landscape maintenance company that served commercial clients, and which was located in Miami, Florida.

2. Defendant **DIANELIS MOLINA NODA**, a resident of Miami, Florida, was an employee at Company 1.

### COUNTS 1-5
### Wire Fraud
### (18 U.S.C. § 1343)

1. Paragraphs 1 through 2 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around August 2018, through in or around March 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DIANELIS MOLINA NODA**,

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for **DIANELIS MOLINA NODA** to unlawfully enrich herself by obtaining wages and payroll direct deposits issued in the name of former employees of Company 1, and use the illicit proceeds for her own use and benefit.

## SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

4. **DIANELIS MOLINA NODA** caused wages and payroll direct deposits to be issued in the name of former employees of Company 1.

5. **DIANELIS MOLINA NODA** caused the wages and payroll deposits issued in the name of former employees of Company 1 to be deposited into her bank accounts.

6. As a result of this scheme and artifice, **DIANELIS MOLINA NODA** received payments through interstate wire and other methods, and used the falsely and fraudulently obtained funds for her personal use and benefit, and for the use and benefit of others.

## USE OF WIRES

7. On or about February 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, **DIANELIS MOLINA NODA**, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as described below:

| COUNT | DESCRIPTION OF WIRE |
|---|---|
| 1 | An Automated Clearing House payment of $524.71 in the name of "J.C.P." to Bank of America account ending in #0789, causing a wire transmission from New York to the Southern District of Florida |
| 2 | An Automated Clearing House payment of $524.71 in the name of "L.J.P." to Bank of America account ending in #0789, causing a wire transmission from New York to the Southern District of Florida |
| 3 | An Automated Clearing House payment of $524.71 in the name of "D.M." to Bank of America account ending in #0789, causing a wire transmission from New York to the Southern District of Florida |
| 4 | An Automated Clearing House payment of $449.70 in the name of "D.S." to Bank of America account ending in #0789, causing a wire transmission from New York to the Southern District of Florida |
| 5 | An Automated Clearing House payment of $449.70 in the name of "M.S." to Bank of America account ending in #0789, causing a wire transmission from New York to the Southern District of Florida |

In violation of Title 18, United States Code, Section 1343.

**COUNTS 6-7**
**Aggravated Identify Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about February 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DIANELIS MOLINA NODA,**

3

during and in relation to a felony violation of Title 18, United States Code, Section 1343, that is, knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, as charged in Counts 1 and 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| COUNT | MEANS OF IDENTIFICATION |
|---|---|
| 6 | Name, date of birth, and social security number of "J.C.P." |
| 7 | Name, date of birth, and social security number of "L.J.P." |

In violation of Title 18, United States Code, Sections 1028A(a)(1).

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 981(a)(1)(C))

1.  The allegations in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DIANELIS MOLINA NODA**, has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

YISEL VALDES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**DIANELIS MOLINA NODA,**

_____ **Defendant.** _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | |
|---|---|
| New defendant(s) | Yes ___ No ___ |
| Number of new defendants | ___ |
| Total number of counts | ___ |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____ for
Yisel Valdes
ASSISTANT UNITED STATES ATTORNEY
Special Florida Bar No. A5502330

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Dianelis Molina Noda

**Case No:** _____

Counts #: 1-5

Wire Fraud

18 U.S.C. § 1343

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 6-7

Aggravated Identify Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**