**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20087-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DIANELIS MOLINA NODA**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Dianalis Molina Noda's Motion to Continue August 19th, 2021 Trial [ECF No. 44].  Trial is expected to last four days, and all safety precautions, including masking and social distancing, as well as use of Courtroom 11-4, one of two retrofitted COVID-19 ready courtrooms, will be employed.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.  The Court strongly encourages Defendant to receive her first COVID-19 vaccine to give her additional protection.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record