UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20087-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DIANALIS MOLINA NODA

    Defendant.

_____/

## MOTION TO COMPEL NEGATIVE COVID-19 TEST RESULTS FROM ALL WITNESSES AND PARTICIPANTS IN UPCOMING TRIAL

Comes now, the Defendant, DIANELIS MOLINA NODA, by and through undersigned counsel and motions this Court for an order requiring all parties involved in the upcoming trial to provide a negative Covid-19 test result taken within forty-eight (48) hours of their anticipated presence inside the courtroom. Specifically, the defense is requesting that all courtroom personnel, prospective jurors, government lawyers, government witnesses, defense attorneys and the defendant provide the court with a negative Covid-19 test prior to their arrival inside the courtroom.

As grounds for said motion the defendant alleges the following: (a) the defense is concerned about the health of the defendant, her baby, defense counsel and all of the participants in the upcoming jury trial; (b) the defendant is not vaccinated; (c) the defendant is pregnant; (d) the Centers for Disease Control and Prevention (CDC)

state that "although the overall risk of severe illness is low, pregnant people are at a higher risk for severe illness from COVID-19 when compared to non-pregnant people" (www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnant-people.html); (e) the CDC further states that "pregnant and recently pregnant people are more likely to get severely ill from COVID-19 compared to non-pregnant people" and "severe illness means that a person with COVID-19 may need hospitalization, intensive care or a ventilator or special equipment to help them breathe.(www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnant-people.html#anchor_1614966846976); (f) the delta variant is now the predominant strain of the virus in the United States and is a more contagious version of COVID-19, in fact it is nearly twice as contagious as previous variants (www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html); (g) the delta variant is of special concern for the unvaccinated - "the greatest risk of transmission is among unvaccinated people who are much more likely to contract, and therefore transmit the virus." (www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html); and (h) the seven day average COVID-19 positivity rate in Miami-Dade County as of August 11, 2021 is 14.15% (www.miamidade.gov/global/initiatives/coronavirus/home.page).

In order to assure the safety of the defendant, counsel and all parties involved in the upcoming jury trial, the defense moves for an order requiring all participants to provide a negative COVID-19 test within forty-eight (48) hours of their presence in the courtroom.

Assistant United States Attorneys Abbie Waxman and Adam Hapner do not oppose this motion as long as it does not delay the start of the trial.

> Respectfully submitted,
>
> **MICHAEL CARUSO**
> **FEDERAL PUBLIC DEFENDER**
>
> By: */s/ Christian Dunham*
> Assistant Federal Public Defender
> Florida Bar No.: 146587
> 150 W. Flagler Street, Suite 1700
> Miami, Florida 33130-1556
> Tel: (305) 533-4177
> E-mail: christian_dunham@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Dunham*