UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20087-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DIANALIS MOLINA NODA

      Defendant.
_____/

## MOTION FOR CLARIFICATION OF COURT'S COVID-19 SAFETY PROTOCOLS

Comes now, the defendant, DIANELIS MOLINA NODA, and hereby requests clarification and notice of what the Court's COVID-19 safety protocols will be for the upcoming trial.

In its Order denying the defendant's Third Motion to Continue trial (DE 48), this Court wrote "trial is expected to last four days, and all safety precautions, including masking and social distancing, as well as use of Courtroom 11-4, one of two retrofitted COVID-19 ready courtrooms, will be employed."

The defense wants clarification as to what the phrase "all safety precautions" means. Specifically, the defense wants clarification as to what "masking" precautions will be utilized by the Court. Will everyone have to wear a mask at all times? Will witnesses be required to testify with their masks on? Will the attorneys be allowed to take off their masks when conducting their examinations or arguments? What are

the specific masking protocols the Court intends to require? Does the Court have clear facial masks for prospective jurors and witnesses to wear?

In regards to social distancing, the defense requests the Court's plan for adhering to social distancing. Is the Court going to require a six-foot distance between all parties at all times? How will the jury box be configured? Will the jurors be separated by six-feet? Where will the jurors deliberate and how large is that venue? Is the Court going to allow the attorneys to approach the witness table to hand exhibits to the witnesses? How is the Court going to conduct any necessary side bar conferences? Will the Court allow counsel breaks in order to consult with his client from a safe distance during trial?

In regards to the phrase all safety precautions, the defense requests notice of whether the Court will allow unvaccinated jurors to sit in judgment of our client? Will the Court allow unvaccinated witnesses to testify at trial? Lastly, beyond masking and social distancing, are there other safety precautions the Court intends to utilize during the upcoming trial? If so, what are they?

In regards to the inevitable COVID-19 exposure given the 14.15% positivity rate in Miami-Dade County, what are the Court's rules if a participant in the trial (juror, witness, court personnel, attorneys, etc) tests positive for COVID-19 or has a close contact with someone who is positive during the trial? How often does the Court intend to ask the jurors and the parties about close contacts and positive test results? What are the Court's rules if a participant in the trial has an elevated temperature reading when gaining entrance into the courthouse? What guidance will be given to

the jury about how to report a positive COVID-19 test or a close contact with someone positive? Will the jurors be given copies of the Court's Notice Regarding Public Access (https://www.flsd.uscourts.gov/sites/flsd/files/NoticeRegardingPublicAccess.pdf).

The defendant would like to be apprised of the Court's safety guidelines prior to jury selection on August 19, 2021. The defendant requests these guidelines prior to trial so that she may file whatever appropriate challenges to them in a timely manner and not impede the trial itself.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: */s/ Christian Dunham*
Assistant Federal Public Defender
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4177
E-mail: christian_dunham@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Christian Dunham*