UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20087-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DIANELIS MOLINA NODA**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Dianelis Molina Noda's Motion for Clarification of Court's COVID-19 Safety Protocols [ECF No. 55], Motion Directing Jurors During Voir Dire and Witnesses While Testifying to Remove Masks [ECF No. 56], and Motion for Disclosure of Court's COVID-19 Selection Questions and Request for Additional Voir Dire Time [ECF No. 57], all filed on August 16, 2021. Might the Court remind the parties that the deadline for filing pretrial motions has long since passed and leave to file untimely motions has never been requested? (*See* June 30, 2021 Order [ECF No. 20]). In any event, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Clarification of Court's COVID-19 Safety Protocols [ECF No. 55] is **DENIED**. Defendant and her attorneys may make arrangements to visit Courtroom 11-4, where the trial will take place, and gauge distancing and other safety measures in place.

2. The Motion Directing Jurors During Voir Dire and Witnesses While Testifying to Remove Masks [ECF No. 56] is **DENIED**. The Court will be supplying clear masks to jurors and witnesses.

CASE NO. 21-20087-CIV-ALTONAGA

3. The Motion for Disclosure of Court's COVID-19 Selection Questions and Request for Additional Voir Dire Time [ECF No. 57] is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record