UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20087-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DIANALIS MOLINA NODA

    Defendant.

_____/

## MOTION TO COMPEL VACCINATION STATUS OF GOVERNMENT WITNESSES AND TO PRECLUDE UNVACCINATED WITNESSES FROM TESTIFYING

Comes now, the Defendant, DIANELIS MOLINA NODA, by and through undersigned counsel and motions this Court for an order requiring the government to provide the Court and the defense with the vaccination status of all government witnesses. Moreover, the defendant motions this Court for an order precluding all unvaccinated witnesses from testifying at trial.

At least one Judge in the Southern District of Florida has recently refused to proceed with a pending jury trial (of a client in custody for 18 months who is demanding a speedy trial), and has cited the lack of vaccinations by the government witnesses as one of the reasons for continuing the trial (See USA v. John Arthur Sanders, 20-CR-20043-FAM, DE 69). Another Judge in the Southern District of Florida recently continued a trial ready case after the defense filed a Motion to Continue the Trial based solely on the surge of COVID-19 cases in the community.

(See USA v. Jeremy Gassett, 20-CR-60127-WPD, DE 44 & 47). This Court, however, is forging ahead with a jury trial of an out of custody pregnant unvaccinated defendant, who is not requesting a speedy trial. Whether a witness appearing in the courtroom is vaccinated or not should be of vital importance to this Court, especially given the current surge in the coronavirus pandemic due to the Delta variant. Trying the cases of defendants who have been in custody for over a year should also be the priority of this Court.

As grounds for said motion the defendant alleges the following: (a) the defense is concerned about the health of the defendant, her baby, defense counsel, prospective jurors and all of the participants in the upcoming jury trial; (b) the defendant is not vaccinated while the defense attorneys are both vaccinated; (c) the defendant is pregnant; (d) the Centers for Disease Control and Prevention (CDC) state that "although the overall risk of severe illness is low, pregnant people are at a higher risk for severe illness from COVID-19 when compared to non-pregnant people" (www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnant-people.html); (e) the CDC further states that "pregnant and recently pregnant people are more likely to get severely ill from COVID-19 compared to non-pregnant people" and "severe illness means that a person with COVID-19 may need hospitalization, intensive care or a ventilator or special equipment to help them breathe.(www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnant-people.html#anchor_1614966846976); (f) the delta variant is now the predominant strain of the virus in the United States and is a more contagious version of COVID-

19, in fact it is nearly twice as contagious as previous variants (www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html); (g) the delta variant is of special concern for the unvaccinated - "the greatest risk of transmission is among unvaccinated people who are much more likely to contract, and therefore transmit the virus." (www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html); (h) the seven day average COVID-19 positivity rate in Miami-Dade County as of August 11, 2021 is 14.15% (www.miamidade.gov/global/initiatives/coronavirus/home.page); and (i) the defense does not consent to the jurors and/or witnesses wearing facial masks which cover the facial expressions of the jurors and/or witnesses while testifying during trial.

In order to avoid creating a healthcare emergency here in Miami-Dade County, the Court should be mindful of what is occurring in classrooms throughout the state of Florida. In recent weeks public schools in Palm Beach and Brevard County returned to in person learning with disastrous consequences. Within two days of Palm Beach County opening schools to in person learning, 440 students were forced to quarantine (www.npr.org/2021/08/12/1027222426/palm-beach-florida-school-district-440-students-quarantine-covid). Just days after opening schools to in person learning, Brevard County had more than 470 new COVID-19 cases among teachers and students, and approximately 1060 people in quarantine. (www.cnn.com/2021/08/13/us/brevard-county-school-florida-covid-cases-quarantines/index.html). Defense counsel believes what is occurring in the Florida public school setting, is an indicator of what will occur in the public courtroom setting

if this Court insists on proceeding to trial on August 19, 2021.

In order to assure the safety of the defendant, counsel, jurors and all parties involved in the upcoming jury trial, the defense moves for an order requiring the government to provide the vaccination status of each witness it intends to call as a witness at trial. Moreover, the defendant seeks to preclude unvaccinated witnesses from testifying at the upcoming trial. Defense counsel has consulted with the government who advised that they presently do not have the information requested by defense counsel. Defense counsel further requested that the government ascertain the vaccination status of its witnesses and provide this information to the defense. The government's response was the following: "If you believe filing this motion is appropriate we will respond to the Court and follow the Judge's ruling." As of the date of the filing of this motion, the government has not provided the defense with the information requested.

The defense does believe it is necessary to file this motion in order to protect the health and safety of the jurors, the parties and all other participants in the upcoming trial. The defense does not want unvaccinated individuals, whether they be witnesses, jurors or parties to the case, getting sick and infected with COVID-19. Defense counsel does not want to be forced to quarantine away from his family if he has a close contact with someone testing positive or himself tests positive for COVID-19. The defense further believes bringing unvaccinated individuals into the courtroom creates a risk of infection for everyone inside the courtroom. For the sake of judicial economy and efficiency this Court is needlessly placing us all at risk.

Accordingly, the defense requests an order requiring the government to provide the vaccination status of each witness it intends to call at trial, and an order precluding all unvaccinated witnesses from testifying in the upcoming trial.

Respectfully submitted,

**MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER**

By:  */s/ Christian Dunham*
Assistant Federal Public Defender
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4177
E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 */s/ Christian Dunham*